# CLIFTON BUDD & DEMARIA, LLP

ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL (212) 687-7410
FAX (212) 687-3285
www.cbdm.com

IAN-PAUL A. POULOS
PARTNER
E-MAIL: IAPOULOS@CBDM.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/23/2025

January 21, 2025

Application GRANTED. Defendants shall respond to Plaintiff's complaint by **March 17, 2025**.

The Clerk of Court is directed to terminate ECF No. 9.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.

Dated:  January 23, 2025

**VIA ECF**
Hon. Jennifer H. Rearden
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   *Rivera v. Barberry Rose Management Company Inc. et al*
         24-cv-09276-JHR

Dear Judge Rearden:

This firm represents Barberry Rose Management Company Inc., STF 247 Audubon Avenue Holding LLC, Arm Maint Inc, Lewis Barbanel, and NAPR Inc. in the above-referenced action (hereinafter collectively referred to as "Defendants"). Pursuant to Paragraph 2(E) of Your Honor's Individual Rules and Practices in Civil Cases, Defendants respectfully request that Your Honor extend the Defendants' time to move, answer, or otherwise respond to the Complaint through and including Monday, March 17, 2025. This extension is necessary for the Defendants to investigate the facts and circumstances of the Plaintiff's Complaint.

Counsel for the Plaintiff consents to this request. In exchange, Defendants agree to waive any objections to invalid service of process and accept service of the Complaint for Barberry Rose Management Company Inc., STF 247 Audubon Avenue Holding LLC, Arm Maint Inc, Lewis Barbanel, and NAPR Inc. This is the Defendants' first request for adjournment or extension, and no other currently scheduled dates or deadlines in this matter will be affected by the proposed application.

Thank you for Your Honor's consideration.

Respectfully submitted,
CLIFTON BUDD & DeMARIA, LLP
*Attorneys for the Defendants*

By: _____
         Ian-Paul A. Poulos

CC:   All Counsel of Record