# CLIFTON BUDD & DeMARIA, LLP

### ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL (212) 687-7410
FAX (212) 687-3285
www.cbdm.com

IAN-PAUL A. POULOS
PARTNER
E-MAIL: IAPOULOS@CBDM.COM

*Application GRANTED. The parties'
deadline to submit their settlement agreement
and joint letter pursuant to the Court's Order,
ECF No. 27, is extended to July 25, 2025.*

July 9, 2025

*The Clerk of Court is directed to terminate
ECF No. 28.*

**VIA ECF**

The Honorable Jennifer H. Rearden
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*SO ORDERED.*

*Jennifer H. Rearden, U.S.D.J.*
*Dated: July 10, 2025*

Re:    *Rivera v. Barberry Rose Management Company Inc. et al.*
        24-cv-09276-JHR

Dear Judge Rearden:

This firm represents Barberry Rose Management Company Inc., STF 247 Audubon Avenue Holding LLC, Arm Maint Inc, Lewis Barbanel, and NAPR Inc. in the above-referenced action (hereinafter collectively referred to as "Defendants") in the above-referenced action. Defendants write on behalf of all parties, in accordance with Your Honor's *Individual Rules and Practices in Civil Cases*, to respectfully request that the deadline for the parties to file their motion for settlement approval be extended from July 11, 2025, through and including July 25, 2025. The parties are working on finalizing their settlement agreement. Once the agreement is executed, the parties will require time to prepare and finalize their joint letter for the Court's review.

This is the first extension of this deadline. No other deadlines will be affected should the Court grant this extension. Thank you for Your Honor's time and consideration.

Respectfully submitted,

CLIFTON BUDD & DeMARIA, LLP
*Attorneys for the Defendants Barberry Rose
Management Company Inc., STF 247 Audubon
Avenue Holding LLC, Arm Maint Inc., Lewis
Barbanel, and NAPR Inc.*

By: _____
Ian-Paul A. Poulos

CC:    All Counsel of Record